

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO FLORIDA

PRO se

> RANDY A. HART,
DC: #075432 W/M
Plaintiff.

VS.

> STATE ATTORNEY,
BRIAN HAAS, et. al;
10th Judicial Circuit,
Defendants. FL.

\* 8:24 cv 82 SDM-SPF
CASE NUMBER:
TO BE SET.

\* 28 U.S.C. § 1915(9)
\* 42 U.S.C. § 1983

\* **CIVIL RIGHTS COMPLAINT** \*

\* Plaintiff, a state prisoner, proceeding PRO Se, files this Civil Rights Complaint in good faith and for justice to be administered.

\* Plaintiff, a state prisoner, currently ▮▮▮▮▮▮ housed at the Central Florida Reception Center, Main - Unit, is in unlawful detention because of the Malicious Gross Negligence by the above named defendants.\* See the record, Case No.# 53-2023CF-005374-A000-XX at www.PolkCountyClerk.net.

\* ACCESS TO COURTS \*           \*(COPY)
\*(Page 1 of 3)\*

\* 28 U.S.C. § 1915(h)                                     ②

The right of access to the Courts must be "adequate, effective and meaningful," and must be freely exercisable without hinderance or fear of retaliation.* See: Milhouse v. Carlson, 652 F.2d 371 (1981).

\* If plaintiff were able to prove an infringement of his first amendment right of access to the Courts, he would successfully state a cause of action for damages arising under the Constitution.* See: Dellums v. Powell, 566 F.2d 167, 194-95 (D.C. Cir. 1977).

\* As the Fourth Circuit stated in Russell v. Oliver, 552 F.2d 115, 116 (4th Cir. 1977), a liberal construction of a Pro se Complaint "requires that the judge view all (the) allegations not as isolated incidents, but rather as a unit.

\* This Court has jurisdiction, MIDDLE DISTRICT, over the subject matter.
        \* 28 U.S.C. § 1915(g) \*
\* The Eighth Circuit held in Ashley v. Dilworth, 147 F.3d 715 (8th Cir. 1998), that "an otherwise ineligible          \*(COPY)
        \*(Page 2 of 3)\*

\* 28 U.S.C. § 1915(h)                                      ③

Prisoner is only eligible to proceed IFP if he is in imminent danger at the time of filing.

\*(E1-105-Low)\*
Central Florida Reception Center
Main-Unit.

                  Thank You.

\* Randy Ally Hart DC:#075432
Central Florida Reception Center
Main-Unit / E1-105-Low
7000 H.C. Kelley Road.
Orlando, Florida. 32831

\*(Secretary, Ricky D. Dixon
 (Florida Department of Corrections

 (Florida Attorney General
\*{ Ashley Moody
(\*Phone #(850) 414-3990
 \* \*

              Thank You.

\* December 28, 2023
 (8th Amendment Violation, U.S. Const.
 (Cruel And Unusual Punishment)   \*(COPY)
        \*(Page 3 of 3)\*

Inmate Name: __Hart, Randall__   DC#: __075432__

Overall Sentence: ____Y ____M ____D    PB/CC: ____Y ____M ____D

Jail Credit: __127__   Total Served: _____   Gain Time Eligibility: _____ Days per Month

Mandatory Term: __No__    Current Release Date: __LIFE__

*__Randy Alley Hart__*
__December 28, 2023__

85% Date: __LIFE__

**Classification:** You will be classified to a permanent facility in approximately four to six weeks. Your custody will be determined at that time. No decision can or will be made regarding your permanent location before your custody is determined. The Classification Team will consider many factors when you are classified to include custody, medical grade, program needs, skills, prior adjustment, bed space availability and family location. There are no considerations for hardship transfers.

**Gain Time:** You are eligible to earn Gain Time as listed above. Your Gain Time eligibility may change without notice as your sentence structure changes, if you have multiple cases, or if you are here more than 60 days, as you will be assigned a job. Jobs are assigned to you, not chosen by you. Jobs will not be assigned prior to 60 days.

**Visitation:** Visitation forms may be requested once you have arrived at your permanent facility. You may have up to 15 people approved on your visitation list. Persons 12 years old and older must complete a visitation form. You will be notified once they have been approved or denied. You will be responsible to notify the individuals of their status. There is no set time for processing visitation forms. If you meet the criteria for visitation restrictions F.S. 944.09, no one 17 years of age or younger may visit without proper approval from the Warden and/or a Court Order.

**Telephone List/Pin Number:** Your Classification Officer will assign you a PIN number for your telephone privileges. All telephone calls are monitored. Disciplinary action charges and/or suspension of phone privileges will be brought against you should you feel the need to share your PIN with another inmate. The approval time for your PIN from our contractor is taking 2 to 4 weeks after the paperwork has been submitted. *Remember that lying on your telephone list form is the same as lying to staff and you will receive disciplinary action and the denial of phone privileges.* You may add to, or change your phone list during you designated months. If there are any changes in your phone numbers, you must submit an original verification in the form of a phone bill from whom the number belongs, to your Classification Officer for review and update. You are allowed to update your phone list every 6 months. The last number of your DC# indicates the month that you can update.

| 0 or 5 – Jan. | 1 or 6 – Feb. & Aug. | 2 or 7 – Mar.& Sept. | 3 or 8 – Apr. & Oct. | 4 or 9 – May & Nov. |
|---|---|---|---|---|

**Telephone PIN:** _____

**Work Release Program:** You are NOT eligible for Work Release until you have been in the department's custody for at least 60 days. You will be reviewed for Work Release at that time if you meet other eligibility criteria. Work Release is a privilege, not a right. If you qualify for Work Release, bed space is limited, so be patient.

**Violators:** Control and Conditional Release Violators will be reviewed by the Florida Commission on Offender Review in Tallahassee, usually within 90 days of receipt. You will have no tentative release date or corrected max date until the commission action is verified and entered into the database. This takes place usually within three to four weeks of the docket. Do not inquire about your release date or docket action until you receive paperwork from the Florida Commission on Offender Review.

**Green Case:** If you are returning as a Probation Violator, who was previously in prison on the same case, your file will be audited by Tallahassee. When the audit is complete, you will be notified in writing of your time served credit, gain time awards and corrected tentative release date. Until the audit is complete and the database is corrected, your release dates are incorrect.

**Classification Officer:** __MS.DAUGHTRY__    **Team #:** __05__